# I N V O I C E

Wilma B. Geraci, CCR, RPR  　　　　　　　INVOICE NO.:  2012-646
Certified Court Reporter  　　　　　　　　DATE:  3-26-12
Post Office Box 185
Metairie, Louisiana 70004

(504) 831-5835
Business ID No.:  436949073

Imma Almourzaeva
Krohn & Moss
10474 Santa Monica Boulevard
Suite 401
Los Angeles, California 90025

RE:   Antoinette Bell Vs. CSD Collection Specialists
　　　No.:  11-280

DEPOSITION OF: 　　　　Antoinette S. Bell
　　　　　　　　　　　　Copy

TAKEN ON: 　　　　　　February 29, 2012

　　　　　　　　　　　Condensed Transcript Provided
　　　　　　　　　　　Index Provided
　　　　　　　　　　　ASCII Provided
　　　　　　　　　　　Binding/Shipping/Handling/Delivery

**TOTAL BALANCE DUE**　　　　**$ 238.80**